

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2022

No. 04-22-00450-CV

**REYNOLDS ENERGY TRANSPORT, LLC** and Reynolds Transportation, Inc.,
Appellants

v.

**PLAINS MARKETING, L.P.**, Plains All American Pipeline, L.P., Plains Pipeline, L.P.,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-11568
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellants' brief was originally due September 26, 2022. We granted appellants' first motion for extension of time, extending the deadline for filing the brief until October 26, 2022. On October 19, 2022, appellants filed a motion requesting an additional extension of time to file the brief until November 28, 2022, for a total extension of sixty-three days, and we granted appellants' motion.

On November 28, 2022, appellants filed a third motion for extension of time requesting an additional three days to file the brief, for a total extension of sixty-six days. After consideration, we **GRANT** the motion and **ORDER** appellants to file their brief by December 1, 2022. **No further extensions of time will be considered absent extraordinary circumstances.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court